**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kathryn Ann HEMETEK,**
**Defendant–Appellant.**

No. 12–7939.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 30, 2013.

Decided: June 10, 2013.

Mary Lou Newberger, Federal Public Defender, Jonathan D. Byrne, Appellate Counsel, George H. Lancaster, Jr., Assistant Federal Public Defender, Charleston, West Virginia, for Appellant. R. Booth Goodwin, II, United States Attorney, Larry R. Ellis, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kathryn Ann Hemetek appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her 28 U.S.C.A. § 2255 (West Supp.2012) motion, and denying her motion to amend. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hemetek v. United States,* No. 3:08–cr–00198–1, 2012 WL 3870605 (S.D.W.Va. Sept. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*